211 West Fort Street
Detroit, MI 48226

**UNITED STATES BANKRUPTCY COURT**
Eastern District of Michigan

Case No.: 08−69648−mbm
Chapter: 7

In Re: (NAME OF DEBTOR(S))
   Thomas Richard Crooks Jr.                       Ann Marie Crooks
   aka Thomas R Crooks, aka Thomas Crooks      aka Ann M Crooks, aka Ann Crooks
   13750 Brainbridge Avenue                      13750 Brainbridge Avenue
   Warren, MI 48089−3621                          Warren, MI 48089−3621

Social Security No.:
   xxx−xx−3913                                    xxx−xx−1645

Employer's Tax I.D. No.:

**NOTICE OF MISSING DOCUMENTS**

To the Debtor(s) and Debtor(s) attorney:

Notice is hereby given that the following documents(s) must be filed within **15** days from the date the bankruptcy petition was filed:

- ☐ Declaration and Signature of Non−Attorney Bankruptcy Petition Preparer (Form 19)
- ☑ Attorney Disclosure of Compensation Statement
- ☐ Certificate of Budget and Credit Counseling
- ☑ Chapter 7 Means Test (Form 22 A)
- ☐ Declaration Under Penalty of Perjury for Debtor(s) Without an Attorney
- ☐ Application to Pay the Filing Fee in Installments
- ☐ Tax ID
- ☑ Statistical Summary of Certain Liabilities
- ☑ Statement of Financial Affairs
- ☑ Summary of Schedules
- ☑ Schedules A−J
- ☐ Schedule A

- ☐ Schedule B
- Schedule C:
- ☑ Debtor
- ☑ Joint Debtor
- ☐ Schedule D
- ☐ Schedule E
- ☐ Schedule F
- ☐ Schedule G
- ☐ Schedule H
- ☐ Schedule I
- ☐ Schedule J

The missing document(s) must be filed on or before **12/18/08** .

**THIS IS THE ONLY NOTICE YOU WILL RECEIVE:** If you fail to timely comply with the requirements set forth above, the case may be dismissed.

Dated: 12/4/08

                                                             BY THE COURT

                                                             Katherine B. Gullo , Clerk of Court
                                                             U.S. Bankruptcy Court