211 West Fort Street
Detroit, MI 48226

## UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan

Case No.: 08−69648−mbm
Chapter: 7

In Re: (NAME OF DEBTOR(S))
   Thomas Richard Crooks Jr.                     Ann Marie Crooks
   aka Thomas R Crooks, aka Thomas Crooks    aka Ann M Crooks, aka Ann Crooks
   13750 Brainbridge Avenue                13750 Brainbridge Avenue
   Warren, MI 48089−3621                  Warren, MI 48089−3621

Social Security No.:
   xxx−xx−3913                                 xxx−xx−1645

Employer's Tax I.D. No.:

## NOTICE OF MISSING DOCUMENTS

To the Debtor(s) and Debtor(s) attorney:

Notice is hereby given that the following documents(s) must be filed within **15** days from the date the bankruptcy petition was filed:

| | |
|---|---|
| ☐ Declaration and Signature of Non−Attorney Bankruptcy Petition Preparer (Form 19) | |
| ☑ Attorney Disclosure of Compensation Statement | ☐ Schedule B |
| ☐ Certificate of Budget and Credit Counseling | Schedule C: |
| ☑ Chapter 7 Means Test (Form 22 A) | ☑ Debtor |
| ☐ Declaration Under Penalty of Perjury for Debtor(s) Without an Attorney | ☑ Joint Debtor |
| ☐ Application to Pay the Filing Fee in Installments | ☐ Schedule D |
| ☐ Tax ID | ☐ Schedule E |
| ☑ Statistical Summary of Certain Liabilities | ☐ Schedule F |
| ☑ Statement of Financial Affairs | ☐ Schedule G |
| ☑ Summary of Schedules | ☐ Schedule H |
| ☑ Schedules A−J | ☐ Schedule I |
| ☐ Schedule A | ☐ Schedule J |

The missing document(s) must be filed on or before **12/18/08** .

**THIS IS THE ONLY NOTICE YOU WILL RECEIVE:** If you fail to timely comply with the requirements set forth above, the case may be dismissed.

Dated: 12/4/08

                 BY THE COURT


                 Katherine B. Gullo , Clerk of Court
                 U.S. Bankruptcy Court

# CERTIFICATE OF NOTICE

```
District/off: 0645-2          User: lgros           Page 1 of 1           Date Rcvd: Dec 04, 2008
Case: 08-69648                Form ID: defch7       Total Served: 2
```

The following entities were served by first class mail on Dec 06, 2008.
db          Thomas Richard Crooks, Jr.,   13750 Brainbridge Avenue,   Warren, MI   48089-3621
jdb         Ann Marie Crooks,   13750 Brainbridge Avenue,   Warren, MI   48089-3621

The following entities were served by electronic transmission.
NONE.                                                                              TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 06, 2008**               **Signature:**   *Joseph Speetjens*