# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| **IN THE MATTER OF:** | CHAPTER 7 |
| | Case No: 08-69648 |
| Thomas Crooks | |
| Ann Crooks | |
| Debtor | HONORABLE: McIvor |
| _____ / | |

**CERTIFICATE OF COMPLIANCE WITH LOCAL BANKRUPTCY RULE 1007-1(i);DEBTOR PAYMENT ADVICES OR OTHER EVIDENCE OF PAYMENT PROVIDED INCLUDING 2004, 2005, 2006 and 2007 TAX RETURNS AND VERTIFICATION OF INCOME TO THE TRUSTEE PURSUANT TO 11 U.S.C.§ 521(a)(1)(B)(iv)**

The undersigned, Mirna Moncada, certifies that on January 5, 2009, served copies of all payment advices or other evidence of payment received within 60 days before the date of the filing of the petition by the debtor from any employer of the debtor, and copies of federal tax returns for the years 2004, 2005, 2006, and 2007 upon the Trustee assigned to this case addressed to:

K. Jin Lim
176 S. Harvey
Suite 1
Plymouth, Mi 48170


  /s/ Mirna Moncada
Mirna Moncada
Kostopoulos and Associates, PC
30800 Van Dyke, Suite 204
Warren, MI  48093
E-mail:  lawfirmoffices@yahoo.com
(586)574-0916