Certificate Number: 01356-MIE-DE-005912702

Bankruptcy Case Number: 08-69648

## CERTIFICATE OF DEBTOR EDUCATION

I certify that on January 20, 2009, at 12:02 o'clock PM EST, Thomas R Crooks completed a course on personal financial management given by internet by Hummingbird Credit Counseling and Education, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Michigan.

Date: January 20, 2009          By      /s/Dave Fleenor for Victoria Wright

                                Name    Victoria Wright

                                Title   Executive Director of Education