UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
<u>SOUTHERN DIVISION</u>

In the Matter of:             In Bankruptcy

**CROOKS, THOMAS RICHARD, JR.**
**CROOKS, ANN MARIE**

           Case No. 08-69648 MBM
           Chapter 7
Debtor(s)           Hon. Marci B McIvor
_____/

## AFFIDAVIT OF DISINTEREST
## IN BANKRUPTCY ESTATE

**STATE OF MICHIGAN** )
                       ss
**COUNTY OF WAYNE** )

       K. JIN LIM, being first duly sworn, deposes and states as follows:

1. That I am the duly appointed Trustee in the above captioned case;

2. That I am an employee of the law firm of Law Offices of K. Jin Lim, PLLC;

3. That I have reviewed the file of this Debtor(s) and have determined that I nor anyone in the firm has any interest whatsoever relating to the Debtor(s) or the Debtor'(s) estate;

4. That I and the members of the firm are disinterested persons as defined by 11 U.S.C. §101(14);

5. That I nor any member of the firm hold or represent an interest adverse to the Estate;

6. That other than previously stated, neither I nor any member of the firm have any connections with the Debtor(s), creditors, any other party-in-interest, their respective attorneys and accountants, the United States Trustee or any person employed in the office of the United States Trustee; and

7. That this affidavit is made as verification of the appointment of the Law Offices of K. Jin Lim, PLLC as attorneys for the Trustee pursuant to Local Rule 2014-1(c). The principal attorney in this case will be K. Jin Lim.

Dated: <u>February 28, 2009</u>

                                                 /s/   K. Jin Lim
                                                 176 S. Harvey Street
                                                 Plymouth, MI 48170
                                                 (734) 416-9420
                                                 kjinlim@comcast.net
                                                 (P43151)

Subscribed and sworn to
before me on <u>February 28, 2009</u>.

/s/ Kyung Kalasky
Kyung Kalasky, Notary Public
Wayne County
Commission expires: <u>03/26/2014</u>
Attorney: K. Jin Lim