**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| In the Matter of: | In Bankruptcy |
| **CROOKS, THOMAS RICHARD, JR.** | |
| **CROOKS, ANN MARIE** | Case No. 08-69648 MBM |
| | Chapter 7 |
| Debtor(s) / | Hon. Marci B McIvor |

**STIPULATION FOR ENTRY OF ORDER REGARDING DEBTOR(S)' CLAIMED EXEMPTION**

K. Jin Lim, Trustee, and the Debtor(s), THOMAS CROOKS and ANN CROOKS, by and through their respective attorneys, stipulate to the entry of the attached Order.

| | |
|---|---|
| K. JIN LIM, PLLC | KOSTOPOULOS & ASSOCIATES, PLLC |
| /s/ K. Jin Lim (P43151) | /s/ John D. Kavadas (P43470) |
| Attorney for Trustee | Attorney for Debtor(s) |
| 176 S. Harvey St. | 30800 Van Dyke Ave., Ste. 204 |
| Plymouth, MI 48170 | Warren, MI 48093 |
| (734) 416-9420 | (586) 574-0916 |
| kjinlim@comcast.net | Jdkavadas@aol.com |
| Dated: 03/06/09 | Dated: 03/06/09 |

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
<u>**SOUTHERN DIVISION**</u>

| | |
|---|---|
| In the Matter of: | In Bankruptcy |
| **CROOKS, THOMAS RICHARD, JR.** | |
| **CROOKS, ANN MARIE** | Case No. 08-69648 MBM |
| | Chapter 7 |
| Debtor(s) | Hon. Marci B McIvor |
| _____/ | |

## <u>STIPULATED ORDER REGARDING DEBTOR(S)' EXEMPTION</u>

K. Jin Lim, the Chapter 7 Trustee of the Debtor(s)' estate, and the Debtor(s), Thomas R. Crooks, Jr. and Ann Marie Crooks, by and through their respective attorneys, having stipulated to the entry of the Order; and the Court being duly advised in the premises:

IT IS ORDERED that:

a. the Debtors shall remit to the Trustee the sum of $2,300.00, which shall represent in full the total non-exempt equity in the 2006 Ford Focus and 1966 Ford Mustang, payable on the following schedule:

   i. $500.00 within 10 days of the entry of this Order; and

   ii. $150.00 per month for 12 months, due on the 15th of each month, commencing on April 15, 2009.

b. the checks should be made payable to "K. Jin Lim, Trustee of Crooks" and sent to the Trustee at 176 S. Harvey St., Plymouth, Michigan 48170.