UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In the Matter of: In Bankruptcy

**CROOKS, THOMAS RICHARD, JR.**
**CROOKS, ANN MARIE**

Case No. 08-69648 MBM
Chapter 7
Debtor(s) Hon. Marci B McIvor
_____/

## ORDER REGARDING DEBTOR(S)' EXEMPTION

K. Jin Lim, the Chapter 7 Trustee of the Debtor(s)' estate, and the Debtor(s), Thomas R. Crooks, Jr. and Ann Marie Crooks, by and through their respective attorneys, having stipulated to the entry of the Order; and the Court being duly advised in the premises:

IT IS ORDERED that:

a. the Debtors shall remit to the Trustee the sum of $2,300.00, which shall represent in full the total non-exempt equity in the 2006 Ford Focus and 1966 Ford Mustang, payable on the following schedule:

   i. $500.00 within 10 days of the entry of this Order; and

   ii. $150.00 per month for 12 months, due on the 15th of each month, commencing on April 15, 2009.

b. the checks should be made payable to "K. Jin Lim, Trustee of Crooks" and sent to the Trustee at 176 S. Harvey St., Plymouth, Michigan 48170.

**Signed on March 06, 2009**

                                                **/s/ Marci B. McIvor**
                                            **Marci B. McIvor**
                                            **United States Bankruptcy Judge**