# UNITED STATES BANKRUPTCY COURT FOR THE
# EASTERN DISTRICT OF MICHIGAN
# DETROIT DIVISION

| | |
|---|---|
| **In Re:**<br>CROOKS, THOMAS RICHARD JR.<br>CROOKS, ANN MARIE<br>CROOKS, THOMAS R<br>CROOKS, ANN M<br>**Debtor(s)** | **Case No.** 08-69648<br>**Chapter** 07  Asset Case<br>**Judge** Marci B. McIvor<br><br>**Trustee** K. Jin Lim, Trustee |

## INITIAL REPORT OF TRUSTEE

1. For the period ending 03/16/09.

2. Date of section 341(a) meeting: 01/15/09
   Date appointment accepted:

3. Funds on hand (from the Estate Cash Receipts and Disbursements Record - Form 2)

   | | | | |
   |---|---|---|---|
   | Total receipts | 500.00 | Checking | 0.00 |
   | Total disbursements | 0.00 | Money Market | 500.00 |
   | | | Investment | 0.00 |
   | | | **Total** | **$500.00** |

   The amount of the Trustee's bond is: Blanket Bond $2,000,000.00
   which is sufficient to cover the assets listed.

4. The value of assets remaining to be liquidated:                                $1,800.00
   (from Individual Estate Property Record - Form 1, total of column 6)

   Assets for which insurance coverage has been obtained:   **(None)**

5. Projected total value to be realized (total of 3 + 4):                         **$2,300.00**

6. Major activities during the reporting period not reflected in the
   Individual Estate Property Record and Form 2:

   Next Activity:   Collecting payments per order. kjl

7. Projected date of final report:   12/30/10

   Trustee's Signature:   /s/ K. Jin Lim, Trustee

   Date: 03/16/09

   K. Jin Lim, Trustee
   176 S. Harvey Street
   Plymouth, MI 48170
   (734) 416-9420

# Form 1
## Individual Estate Property Record and Report
## Asset Cases
Page: 1

Case Number: 08-69648 MBM  
Case Name: CROOKS, THOMAS RICHARD JR.  
CROOKS, ANN MARIE  
Period Ending: 03/16/09  

Trustee: (420180) K. Jin Lim, Trustee  
Filed (f) or Converted (c): 12/03/08 (f)  
§341(a) Meeting Date: 01/15/09  
Claims Bar Date:

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1  CHECKING ACCOUNT CHASE BANK ACCT#000215000508527 | 1,085.65 | 0.00 | DA | 0.00 | FA |
| 2  CHECKING ACCOUNT CHASE BANK ACCT#****660767559 ( | 12.50 | 0.00 | DA | 0.00 | FA |
| 3  SECURITY DEPOSIT WITH LANDLORD | 1,100.00 | 0.00 | DA | 0.00 | FA |
| 4  HOUSEHOLD FURNITURE AND APPLIANCES | 1,205.00 | 0.00 | DA | 0.00 | FA |
| 5  COMPUTER, DESK/OFFICE FURNITURE | 20.00 | 0.00 | DA | 0.00 | FA |
| 6  2 CELL PHONES | 50.00 | 0.00 | DA | 0.00 | FA |
| 7  MECHANICS TOOLS | 150.00 | 0.00 | DA | 0.00 | FA |
| 8  LAWN MOWER | 25.00 | 0.00 | DA | 0.00 | FA |
| 9  YARD TOOLS/EQUIPMENT | 15.00 | 0.00 | DA | 0.00 | FA |
| 10  PAINTINGS/ART | 40.00 | 0.00 | DA | 0.00 | FA |
| 11  ASSORTED BOOKS | 25.00 | 0.00 | DA | 0.00 | FA |
| 12  MODEL CARS | 20.00 | 0.00 | DA | 0.00 | FA |
| 13  ASSORTED CLOTHING | 150.00 | 0.00 | DA | 0.00 | FA |
| 14  WEDDING RINGS | 150.00 | 0.00 | DA | 0.00 | FA |
| 15  COSTUME JEWELRY | 40.00 | 0.00 | DA | 0.00 | FA |
| 16  PHOTOGRAPHY EQUIPMENT | 10.00 | 0.00 | DA | 0.00 | FA |
| 17  GUNS AND FIREARMS (MUZZLE LOADER) | 100.00 | 0.00 | DA | 0.00 | FA |
| 18  ART SUPPLIES | 5.00 | 0.00 | DA | 0.00 | FA |
| 19  TERM LIFE INSURANCE PRINCIPAL FINANCIAL GROUP LI | 0.00 | 0.00 | DA | 0.00 | FA |
| 20  PENSION RETIREMENT PLAN THROUGH EMPLOYER INTERNA | 5,956.46 | 0.00 | DA | 0.00 | FA |
| 21  PENSION PLAN THROUGH BLOCKBUSTERS VIACOM, INC | 639.36 | 0.00 | DA | 0.00 | FA |
| 22  2008 ANTICIPATED INCOME TAX REFUND BASED ON 2007 | 4,927.00 | 0.00 | DA | 0.00 | FA |
| 23  2000 FORD F250 MILEAGE=43,400 PAID IN FULL | 4,350.00 | 0.00 | DA | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Case Number: 08-69648 MBM  
Case Name: CROOKS, THOMAS RICHARD JR.  
CROOKS, ANN MARIE  
Period Ending: 03/16/09

Trustee: (420180) K. Jin Lim, Trustee  
Filed (f) or Converted (c): 12/03/08 (f)  
§341(a) Meeting Date: 01/15/09  
Claims Bar Date:

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 24 | 2006 FORD FOCUS MILEAGE=24,000 PAID IN FULL<br>p/o 03/06/09. This asset also includes asset #26 | 6,960.00 | 2,300.00 | | 500.00 | 1,800.00 |
| 25 | 2004 SURVEYOR TRAILER COACH PAID IN FULL | 7,200.00 | 0.00 | DA | 0.00 | FA |
| 26 | 1966 FORD MUSTANG MILEAGE=41,000 PAID IN FULL<br>included with asset #24 | 7,000.00 | 0.00 | DA | 0.00 | FA |
| 27 | 2005 QUALITY TRAILER | 80.00 | 0.00 | DA | 0.00 | FA |
| 28 | 1 DOG | 50.00 | 0.00 | DA | 0.00 | FA |
| 29 | STORAGE SHED (BIKES) | 50.00 | 0.00 | DA | 0.00 | FA |
| 29 | Assets  Totals (Excluding unknown values) | $41,415.97 | $2,300.00 | | $500.00 | $1,800.00 |

Major Activities Affecting Case Closing:

Collecting payments per order. kjl

Initial Projected Date Of Final Report (TFR): December 30, 2010    Current Projected Date Of Final Report (TFR): December 30, 2010

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

Case Number: 08-69648 MBM
Case Name: CROOKS, THOMAS RICHARD JR.
CROOKS, ANN MARIE
Taxpayer ID #: REQUESTED
Period Ending: 03/16/09

Trustee: K. Jin Lim, Trustee (420180)
Bank Name: JPMORGAN CHASE BANK, N.A.
Account: ***-*****53-65 - Money Market Account
Blanket Bond: $2,000,000.00 (per case limit)
Separate Bond: N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/16/09 | {24} | Thomas Crooks | Acct #1; Payment #1; Settlement payment p/o 03/06/09 | 1129-000 | ! 500.00 | | 500.00 |

| | | | |
|---|---|---|---|
| ACCOUNT TOTALS | | 500.00 | 0.00 | $500.00 |
| Less: Bank Transfers | | 0.00 | 0.00 | |
| Subtotal | | 500.00 | 0.00 | |
| Less: Payments to Debtors | | | 0.00 | |
| NET Receipts / Disbursements | | $500.00 | $0.00 | |

Net Receipts : 500.00
—————
Net Estate : $500.00

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****53-65 | 500.00 | 0.00 | 500.00 |
| | $500.00 | $0.00 | $500.00 |