211 West Fort Street
Detroit, MI 48226

**UNITED STATES BANKRUPTCY COURT**
Eastern District of Michigan

Case No.: 08−69648−mbm
Chapter: 7

In Re: (NAME OF DEBTOR(S))
  Thomas Richard Crooks Jr.                  Ann Marie Crooks
  aka Thomas R Crooks, aka Thomas Crooks     aka Ann M Crooks, aka Ann Crooks
  13750 Brainbridge Avenue               13750 Brainbridge Avenue
  Warren, MI 48089−3621                 Warren, MI 48089−3621

Social Security No.:
  xxx−xx−3913                          xxx−xx−1645

Employer's Tax I.D. No.:

## ORDER DIRECTING THE FILING OF OFFICIAL FORM(S)

On 12/3/08 , the above named debtor(s) filed a voluntary petition for relief under Title 11 United States Code. This Court is advised that the debtor(s) has failed to file the official bankruptcy forms pursuant to F.R. Bankr. P. 9009. The following documents were not submitted in proper form as mandated by the Judicial Conference of the United States:

- ☐ Official Form 1 Voluntary Petition (Revised on 01/08)
- ☐ Official Form B3A Application to Pay Filing Fee in Installments (12/07)
- ☐ Official Form B3B Application for Waiver of Chapter 7 Filing Fee (Revised on 12/07)
- ☐ Official Form B6 Summary of Schedules and Statistical Summary (Revised on 12/07)
- ☐ Official Forms Schedules A−J (Revised on 12/07)
- ☐ Official Form B6A Schedule A (Revised on 12/07)
- ☐ Official Form B6B Schedule B (Revised on12/07)
- ☐ Official Form B6C Schedule C (Revised on12/07)
- ☐ Official Form B6D Schedule D (Revised on 12/07)
- ☐ Official Form B6E Schedule E (Revised on 12/07)
- ☐ Official Form B6F Schedule F (Revised on 12/07)
- ☐ Official Form B6G Schedule G (Revised on 12/07)
- ☐ Official Form B6H Schedule H (Revised on 12/07)
- ☐ Official Form B6I Schedule I (Revised on 12/07)
- ☐ Official Form B6J Schedule J (Revised on 12/07)
- ☐ Official Form B6 Declaration Concerning Debtor's Schedules (Revised on 12/07)
- ☐ Official Form B7 Statement of Financial Affairs (Revised on 12/07)
- ☐ Official Form B8 Individual Debtor's Statement of Intention (Revised on 10/05)
- ☐ Official Form B22A Statement of Current Monthly Income and Disposable Income Calculation

(Chapter 7)(Revised on 01/08)

☐ Official Form B22C Statement of Current Monthly Income and Disposable Income Calculation (Chapter 13)(Revised on 01/08)
☑ Official Form B23 Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management (Revised on 12/07)

**IT IS ORDERED THAT** the above named debtor(s) file an amended document, on the official bankruptcy form, no later than fifteen (15) days from the date of the entry of this order .

**IT IS FURTHER ORDERED THAT** if the debtor(s) fails to timely file the amended document, the pleading may be stricken or this case may be dismissed without a hearing.


Dated: 3/17/09

                                              BY THE COURT

                                              /s/ Marci B McIvor
                                              Marci B McIvor
                                              United States Bankruptcy Judge