# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 08-69648 MBM  **Trustee:** (420180)  K. Jin Lim, Trustee
**Case Name:** CROOKS, THOMAS RICHARD JR.  **Filed (f) or Converted (c):** 12/03/08 (f)
CROOKS, ANN MARIE  **§341(a) Meeting Date:** 01/15/09
**Period Ending:** 03/31/09  **Claims Bar Date:**

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | CHECKING ACCOUNT CHASE BANK ACCT#000215000508527 | 1,085.65 | 0.00 | DA | 0.00 | FA |
| 2 | CHECKING ACCOUNT CHASE BANK ACCT#****660767559 ( | 12.50 | 0.00 | DA | 0.00 | FA |
| 3 | SECURITY DEPOSIT WITH LANDLORD | 1,100.00 | 0.00 | DA | 0.00 | FA |
| 4 | HOUSEHOLD FURNITURE AND APPLIANCES | 1,205.00 | 0.00 | DA | 0.00 | FA |
| 5 | COMPUTER, DESK/OFFICE FURNITURE | 20.00 | 0.00 | DA | 0.00 | FA |
| 6 | 2 CELL PHONES | 50.00 | 0.00 | DA | 0.00 | FA |
| 7 | MECHANICS TOOLS | 150.00 | 0.00 | DA | 0.00 | FA |
| 8 | LAWN MOWER | 25.00 | 0.00 | DA | 0.00 | FA |
| 9 | YARD TOOLS/EQUIPMENT | 15.00 | 0.00 | DA | 0.00 | FA |
| 10 | PAINTINGS/ART | 40.00 | 0.00 | DA | 0.00 | FA |
| 11 | ASSORTED BOOKS | 25.00 | 0.00 | DA | 0.00 | FA |
| 12 | MODEL CARS | 20.00 | 0.00 | DA | 0.00 | FA |
| 13 | ASSORTED CLOTHING | 150.00 | 0.00 | DA | 0.00 | FA |
| 14 | WEDDING RINGS | 150.00 | 0.00 | DA | 0.00 | FA |
| 15 | COSTUME JEWELRY | 40.00 | 0.00 | DA | 0.00 | FA |
| 16 | PHOTOGRAPHY EQUIPMENT | 10.00 | 0.00 | DA | 0.00 | FA |
| 17 | GUNS AND FIREARMS (MUZZLE LOADER) | 100.00 | 0.00 | DA | 0.00 | FA |
| 18 | ART SUPPLIES | 5.00 | 0.00 | DA | 0.00 | FA |
| 19 | TERM LIFE INSURANCE PRINCIPAL FINANCIAL GROUP LI | 0.00 | 0.00 | DA | 0.00 | FA |
| 20 | PENSION RETIREMENT PLAN THROUGH EMPLOYER INTERNA | 5,956.46 | 0.00 | DA | 0.00 | FA |
| 21 | PENSION PLAN THROUGH BLOCKBUSTERS VIACOM, INC | 639.36 | 0.00 | DA | 0.00 | FA |
| 22 | 2008 ANTICIPATED INCOME TAX REFUND BASED ON 2007 | 4,927.00 | 0.00 | DA | 0.00 | FA |
| 23 | 2000 FORD F250 MILEAGE=43,400 PAID IN FULL | 4,350.00 | 0.00 | DA | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 08-69648 MBM  
**Case Name:** CROOKS, THOMAS RICHARD JR.  
CROOKS, ANN MARIE  
**Period Ending:** 03/31/09

**Trustee:** (420180) K. Jin Lim, Trustee  
**Filed (f) or Converted (c):** 12/03/08 (f)  
**§341(a) Meeting Date:** 01/15/09  
**Claims Bar Date:**

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 24 | 2006 FORD FOCUS MILEAGE=24,000 PAID IN FULL<br>p/o 03/06/09. This asset also includes asset #26 | 6,960.00 | 2,300.00 | | 500.00 | 1,800.00 |
| 25 | 2004 SURVEYOR TRAILER COACH PAID IN FULL | 7,200.00 | 0.00 | DA | 0.00 | FA |
| 26 | 1966 FORD MUSTANG MILEAGE=41,000 PAID IN FULL<br>  included with asset #24 | 7,000.00 | 0.00 | DA | 0.00 | FA |
| 27 | 2005 QUALITY TRAILER | 80.00 | 0.00 | DA | 0.00 | FA |
| 28 | 1 DOG | 50.00 | 0.00 | DA | 0.00 | FA |
| 29 | STORAGE SHED (BIKES) | 50.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 0.01 | Unknown |
| 30 | **Assets** Totals (Excluding unknown values) | **$41,415.97** | **$2,300.00** | | **$500.01** | **$1,800.00** |

**Major Activities Affecting Case Closing:**

Collecting payments per order. kjl

**Initial Projected Date Of Final Report (TFR):** December 30, 2010  
**Current Projected Date Of Final Report (TFR):** December 30, 2010

_____  
April 9, 2009  
Date

/s/ K. Jin Lim, Trustee  
_____  
K. Jin Lim, Trustee

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| | |
|---|---|
| **Case Number:** | 08-69648 MBM |
| **Case Name:** | CROOKS, THOMAS RICHARD JR. |
| | CROOKS, ANN MARIE |
| **Taxpayer ID #:** | 54-6931982 |
| **Period Ending:** | 03/31/09 |

| | |
|---|---|
| **Trustee:** | K. Jin Lim, Trustee (420180) |
| **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| **Account:** | ***-*****53-65 - Money Market Account |
| **Blanket Bond:** | $2,000,000.00 (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/16/09 | {24} | Thomas Crooks | Acct #1; Payment #1; Settlement payment p/o 03/06/09 | 1129-000 | 500.00 | | 500.00 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.01 | | 500.01 |
| | | | **ACCOUNT TOTALS** | | **500.01** | **0.00** | **$500.01** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | **500.01** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$500.01** | **$0.00** | |

```
Net Receipts :        500.01
                   _____
Net Estate :         $500.01
```

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # ***-*****53-65** | **500.01** | **0.00** | **500.01** |
| | **$500.01** | **$0.00** | **$500.01** |