**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

In the Matter of:                                               In Bankruptcy

**CROOKS, THOMAS RICHARD JR.**
**CROOKS, ANN MARIE**

                                                           Case No. 08-69648 MBM
                                                           Chapter 7
                  Debtor                                Hon. Marci B. McIvor
_____/

**NOTIFICATION OF ASSET CASE (NO CLAIMS BAR DATE SET)**

**CLERK OF THE U.S. BANKRUPTCY COURT:**

     K. Jin Lim, the duly appointed Chapter 7 Trustee in the above-named captioned bankruptcy case, hereby notifies the Clerk of the United States Bankruptcy Court that assets will be administered in the above-captioned case and appropriate notice should be given to creditors to file claims.

Dated: October 13, 2009

                                                          /s/ K. Jin Lim
                                                          K. JIN LIM, TRUSTEE
                                                          176 S. Harvey Street
                                                          Plymouth, MI 48170
                                                          (734) 416-9420
                                                          kjinlim@comcast.net