Form nttfclm

211 West Fort Street
Detroit, MI 48226

# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan

Case No.: **08−69648−mbm**
Chapter: 7

In Re: (NAME OF DEBTOR(S))

| | |
|---|---|
| Thomas Richard Crooks Jr. | Ann Marie Crooks |
| aka Thomas R Crooks, aka Thomas Crooks | aka Ann M Crooks, aka Ann Crooks |
| 13750 Brainbridge Avenue | 13750 Brainbridge Avenue |
| Warren, MI 48089−3621 | Warren, MI 48089−3621 |

Social Security No.:
  xxx−xx−3913                    xxx−xx−1645

Employer's Tax I.D. No.:

## NOTICE OF NEED TO FILE PROOF OF CLAIM DUE TO RECOVERY OF ASSETS

NOTICE IS GIVEN THAT:

The initial notice in this case instructed creditors that it was not necessary to file a proof of claim. Since that notice was sent, assets have been recovered by the trustee.

Creditors who wish to share in any distribution of funds must file a proof of claim with the clerk of the bankruptcy court at the address above on or before:

**January 11, 2010**

Creditors who do not file a proof of claim on or before this date will not share in any distribution from the debtor's estate.

The proof of claim form is enclosed with this notice. It may be filed by regular mail. If you wish to receive proof of its receipt by the bankruptcy court, enclose a photocopy of the proof of claim together with a stamped, self−addressed envelope.

There is no fee for filing the proof of claim.

**Any creditor who has previously filed a claim in this case must file it again.**

Dated: 10/13/09

BY THE COURT

Katherine B. Gullo , Clerk of Court
UNITED STATES BANKRUPTCY COURT