**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

In the Matter of:                                             In Bankruptcy

**CROOKS, THOMAS RICHARD JR.**
**CROOKS, ANN MARIE**

                                                                    Case No. 08-69648 MBM
                                                                    Chapter 7
                         Debtor(s)                               Hon. Marci B. McIvor

_____/

**NOTICE OF INTENT TO FILE FINAL REPORT**

To:      Clerk of the U.S. Bankruptcy Court

       This is to inform you that the Final Report and Account for the above named Debtor(s) will be filed approximately ninety (90) days from the date of this notice.

Dated: <u>January 14, 2010</u>

                                                                  <u>/s/ K. Jin Lim</u>
                                                                  K. JIN LIM, TRUSTEE
                                                                  176 S. Harvey Street
                                                                  Plymouth, MI 48170
                                                                  (734) 416-9420
                                                                  kjinlim@comcast.net