Form clkcert

211 West Fort Street
Detroit, MI 48226

# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan

Case No.: **08−69648−mbm**
Chapter: 7

In Re: (NAME OF DEBTOR(S))

| | |
|---|---|
| Thomas Richard Crooks Jr. | Ann Marie Crooks |
| aka Thomas R Crooks, aka Thomas Crooks | aka Ann M Crooks, aka Ann Crooks |
| 13750 Brainbridge Avenue | 13750 Brainbridge Avenue |
| Warren, MI 48089−3621 | Warren, MI 48089−3621 |

Social Security No.:
  xxx−xx−3913            xxx−xx−1645

Employer's Tax I.D. No.:

## CLERK'S CERTIFICATION OF THE RECORD

I hereby certify that as of this date and to the best of my knowledge:

    (1) The documents listed on the docket sheet are in the case file in the custody of the Clerk.

    (2) The claims register lists the claims filed with Court.

    (3) The docket sheet and claims register are available for review through PACER.

    (4) The following Court costs are due and owing:

        a) Reopening/conversion fee $ 0.00

        b) 0 Complaint(s) for a total of $ 0.00

Dated: 1/15/10

                                BY THE COURT

                                Katherine B. Gullo , Clerk of Court
                                UNITED STATES BANKRUPTCY COURT