**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

In the Matter of:  In Bankruptcy

**CROOKS, THOMAS RICHARD JR.**
**CROOKS, ANN MARIE**

                                             Case No. 08-69648 MBM
                                             Chapter 7
           Debtor(s)                        Hon. Marci B. McIvor
_____/

**NOTICE TO PROFESSIONALS TO FILE**
**FOR FEES AND EXPENSES**

      Please take notice that this Trustee is now ready to file a final report and make distributions to creditors in this case. Please file applications for any fees and expenses which are now due and owing. The application for fees and appropriate exhibits should be filed with the Clerk of the Court within 30 days and copies sent to the U.S. Trustee and the case Trustee.


Dated: March 29, 2010

                                                /s/ K. Jin Lim
                                                K. JIN LIM, TRUSTEE
                                                176 S. Harvey Street
                                                Plymouth, MI 48170
                                                (734) 416-9420
                                                kjinlim@comcast.net

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

In the Matter of:                                                                In Bankruptcy

**CROOKS, THOMAS RICHARD JR.
CROOKS, ANN MARIE**

                                                                          Case No. 08-69648 MBM
                                                                          Chapter 7
          Debtor(s)                                                       Hon. Marci B. McIvor
_____/

**CERTIFICATE OF SERVICE**

I hereby certify that on March 29, 2010, I served the following Paper(s):

1.      Notice to Professionals to File for Fees and Expenses; and
2.      Certificate of Service

on the following party(ies) at this address(es):

K. Jin Lim:       kjinlim@comcast.net
U.S. Trustee's Office


by the following means:

ECF


Dated: <u>March 29, 2010</u>

                                                                            <u>/s/   K. Jin Lim</u>
                                                                            K. JIN LIM, TRUSTEE
                                                                            176 S. Harvey St.
                                                                            Plymouth, MI  48170
                                                                            (734) 416-9420
                                                                            kjinlim@comcast.net