UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In the Matter of:                                       In Bankruptcy

CROOKS, THOMAS RICHARD JR.
CROOKS, ANN MARIE
                                                        Case No. 08-69648 MBM
                                                        Chapter 7
Debtor(s)                                               Hon. Marci B. McIvor
_____/

APPLICATION FOR FIRST AND FINAL
FEES AND EXPENSES FOR ATTORNEYS FOR TRUSTEE

The Law Offices of K Jin Lim, PLLC, attorney for the Trustee, submit the following Application for First and Final Fees and Expenses for Attorneys for the Trustee:

1. **The amount of compensation and expenses** requested for attorney for Trustee are as follows:

    a. Total amount of compensation: $592.00

    b. Total amount of expenses: $0

    c. Total amount of balance of retainer on deposit: None.

2. **Services were rendered** to the Trustee from February 22, 2009, through March 29, 2010.

3. **Services rendered** during this period include:

    a. Investigated Debtors' financial affairs;

    b. Investigated interest in assets;

    c. Investigated non-exempt equity in certain vehicles;

    d. Negotiated a settlement with debtors regarding non-exempt equity in the personal property;

    e. Collected settlement proceeds; and

    f. Reviewed claims.

4. **No adversary proceeding** was filed in this case by the applicant during this period.

5. **The current status** of the matter is as follows:

    a. The Trustee received funds in the total amount of $2,300.00;

    b. The Trustee disbursed in the total amount of $0.00; and

    c. The case is ready to be closed.

  d. Interim disbursement to creditors is not appropriate in this case.

6. **Services to be rendered** in the future include as follows:

  a. Applicant does not anticipate any more services to be rendered in this case.

7. **Amount and nature** of accrued unpaid administrative expenses are as follows:

  a. Compensation and expenses to the Trustee in the approximate amount of $575.00.

8. **No fees are requested** for services of more than one attorney for a specific instance.

9. **There was no prior fee** request made by the Applicants in this case.

10. The Trustee was given the opportunity to review the application at least 7 days prior to the filing, and the Trustee has approved the requested amount.

WHEREFORE, Applicant Law Offices of K. Jin Lim, PLLC prays for an award of fees in the amount of $592.00 and expenses in the amount of $0. Applicants have made no agreement or understanding to share any fees paid or to be paid in this matter.

Dated: March 29, 2010

                 K. JIN LIM, PLLC

                 /s/ K. Jin Lim
                 Attorney for Trustee
                 176 S. Harvey St.
                 Plymouth, MI 48170
                 (734) 416-9420
                 kjinlim@comcast.net
                 (P43151)

In the Matter of:          In Bankruptcy

CROOKS, THOMAS RICHARD JR.
CROOKS, ANN MARIE

Case No. 08-69648 MBM
Chapter 7
Hon. Marci B. McIvor

      Debtor
_____/

## Exhibit List

Exhibit

| | |
|---|---|
| 1 | Proposed Order |
| 2. | Affidavit of Disinterest in Bankruptcy Estate |
| 4. | Summary of Attorney Fees |
| 5 | Itemized Statement of Services |
| 6. | Biography of Attorney |
| 7. | Itemized Statement of Expenses |
| 8. | Certificate of Service |

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
<u>SOUTHERN DIVISION</u>

In the Matter of:                                             In Bankruptcy

CROOKS, THOMAS RICHARD JR.
CROOKS, ANN MARIE

Case No. 08-69648 MBM
Chapter 7
Debtor(s)                                    Hon. Marci B. McIvor
_____/

## ORDER APPROVING FIRST AND FINAL
## <u>FEES AND EXPENSES FOR ATTORNEYS FOR TRUSTEE</u>

UPON THE APPLICATION of the Law Office of K. Jin Lim, PLLC, for First and Final Fees and Expenses for Counsel for Trustee and notice having been given pursuant to Bankruptcy Rule 2016 and L.B.R. 9014 (E.D.M.), and no objection nor request for a hearing having been filed,

IT IS HEREBY ORDERED that the Law Office of K. Jin Lim, PLLC, attorney for the Trustee, is awarded fees in the amount of $592.00 and expense in the amount of $0 .

Exhibit 1

Exhibit 2

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

In the Matter of:  In Bankruptcy

CROOKS, THOMAS RICHARD, JR.
CROOKS, ANN MARIE

Case No. 08-69648 MBM
Chapter 7
Debtor(s)  Hon. Marci B McIvor
_____/

## AFFIDAVIT OF DISINTEREST
## IN BANKRUPTCY ESTATE

STATE OF MICHIGAN )
                  ss
COUNTY OF WAYNE  )

K. JIN LIM, being first duly sworn, deposes and states as follows:

1. That I am the duly appointed Trustee in the above captioned case;

2. That I am an employee of the law firm of Law Offices of K. Jin Lim, PLLC;

3. That I have reviewed the file of this Debtor(s) and have determined that I nor anyone in the firm has any interest whatsoever relating to the Debtor(s) or the Debtor'(s) estate;

4. That I and the members of the firm are disinterested persons as defined by 11 U.S.C. §101(14);

5. That I nor any member of the firm hold or represent an interest adverse to the Estate;

6. That other than previously stated, neither I nor any member of the firm have any connections with the Debtor(s), creditors, any other party-in-interest, their respective attorneys and accountants, the United States Trustee or any person employed in the office of the United States Trustee; and

7. That this affidavit is made as verification of the appointment of the Law Offices of K. Jin Lim, PLLC as attorneys for the Trustee pursuant to Local Rule 2014-1(c). The principal attorney in this case will be K. Jin Lim.

Dated: February 28, 2009

/s/ K. Jin Lim
176 S. Harvey Street
Plymouth, MI 48170
(734) 416-9420
kjinlim@comcast.net
(P43151)

Subscribed and sworn to
before me on February 28, 2009.

/s/ Kyung Kalasky
Kyung Kalasky, Notary Public
Wayne County
Commission expires: 03/26/2014
Attorney: K. Jin Lim

EXHIBIT 4

K. Jin Lim, Attorney for Trustee
Law Offices of K. Jin Lim, PLLC.

**2009**
1.7 hours  x  $280.00 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$476.00

**2010**
0.4 hours  x  $290.00 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$116.00

**TOTAL FEES REQUESTED** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $592.00

Law Offices of K. Jin Lim, PLLC  176 S. Harvey St. Plymouth, MI 48170

734-416-9420

Invoice submitted to:
Thomas Richard Crooks
Case No. 08-69648-mbm
Exhibit 5

March 29, 2010

Invoice #10114

Professional Services

|  |  |  | | Hrs/Rate | Amount |
|---|---|---|---|---|---|
| 2/22/2009 | KJL | Review<br>Review Schedules and open case file. | | 0.20<br>280.00/hr | 56.00 |
|  | KJL | Draft<br>Draft letter to Debtors' attorney re: non-exempt equity in vehicles. | | 0.50<br>280.00/hr | 140.00 |
| 2/28/2009 | KJL | Review<br>Review affidavit of disinterest re: employment. | | 0.10<br>280.00/hr | 28.00 |
|  | KJL | Review<br>Review response from Debtor's attorney re: non-exempt equity in vehicles. | | 0.10<br>280.00/hr | 28.00 |
|  | KJL | Draft<br>Draft letter to Debtors' attorney re: propose counter offer. | | 0.20<br>280.00/hr | 56.00 |
|  | KJL | Draft<br>Draft stipulation and order re: non-exempt equity in vehicles. | | 0.30<br>280.00/hr | 84.00 |
| 3/2/2009 | KJL | Review<br>Review signed stipulation with changes. | | 0.10<br>280.00/hr | 28.00 |
| 3/6/2009 | KJL | Draft<br>Draft letter to John Kavadas re: entry of order and payment instructions. | | 0.20<br>280.00/hr | 56.00 |
| 3/29/2010 | KJL | Review<br>Review claims. | | 0.10<br>290.00/hr | 29.00 |
|  | KJL | Draft<br>Draft application for order approving fees to attorney for trustee. | | 0.30<br>290.00/hr | 87.00 |
|  |  | **For professional services rendered** | | **2.10** | **$592.00** |
|  |  | Balance due | | | $592.00 |

## BIOGRAPHICAL INFORMATION

K. Jin Lim obtained her B.A. from the University of Michigan, Ann Arbor, in 1986 and her J.D. from the Ohio State University College of Law in May of 1989. She took the State Bar Examination and was admitted to the State Bar of Michigan and to the Federal Bar during the fall of 1989. She became a principal of the law firm of Schneider, Miller & Lim, P.C., in February 1996. As of September 2, 2003, she has been a member of Law Offices of K. Jin Lim, PLLC. She is a Chapter 7 Private Panel Trustee. She is an attorney of good standing to practice in all courts of this state.

EXHIBIT 6

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In the Matter of:   In Bankruptcy

**CROOKS, THOMAS RICHARD JR.**
**CROOKS, ANN MARIE**

Case No. 08-69648 MBM
Chapter 7
Debtor(s)   Hon. Marci B. McIvor
_____/

## CERTIFICATE OF SERVICE

I hereby certify that on March 29, 2010, I served the following Paper(s):

1. Trustee's Application for First and Final Fees and Expenses for Attorney for Trustee;
2. Proposed Order for First and Final Fees and Expenses for Attorney for Trustee; and
3. Certificate of Service.

on the following party(ies) at this address(es):

1. U.S. Trustee's Office.

by the following means:

ECF

and by First Class Mail to the following:

None.

Dated: March 29, 2010

/s/ K. Jin Lim
176 S. Harvey St.
Plymouth, MI 48170
(734) 416-9420
kjinlim@comcast.net
(P43151)

Exhibit 8