# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| In re: CROOKS, THOMAS RICHARD JR. | § Case No. 08-69648-MBM |
| CROOKS, ANN MARIE | § |
| | § |
| Debtor(s) | § |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. The debtor filed a petition under Chapter 7 of the United States Bankruptcy Code on December 03, 2008. The undersigned trustee was appointed on December 03, 2008.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of       $       2,300.68

    Funds were disbursed in the following amounts:

| | |
|---|---:|
| Administrative expenses | 0.00 |
| Payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Payments to the debtor | 0.00 |
| Leaving a balance on hand of [1] | $       2,300.68 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing claims in this case was 01/11/2010. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (9/1/2009)**

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $575.17. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $575.17, for a total compensation of $575.17. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $30.00, for total expenses of $30.00.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 03/31/2010   By: /s/K. Jin Lim, Trustee
                         Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TFR (9/1/2009)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 08-69648-MBM  
**Case Name:** CROOKS, THOMAS RICHARD JR.  
CROOKS, ANN MARIE  
**Period Ending:** 03/31/10

**Trustee:** (420180) K. Jin Lim, Trustee  
**Filed (f) or Converted (c):** 12/03/08 (f)  
**§341(a) Meeting Date:** 01/15/09  
**Claims Bar Date:** 01/11/10

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Ref. # | | | | | | |
| 1 | CHECKING ACCOUNT CHASE BANK ACCT | 1,085.65 | 0.00 | DA | 0.00 | FA |
| 2 | CHECKING ACCOUNT CHASE BANK ACCT | 12.50 | 0.00 | DA | 0.00 | FA |
| 3 | SECURITY DEPOSIT WITH LANDLORD | 1,100.00 | 0.00 | DA | 0.00 | FA |
| 4 | HOUSEHOLD FURNITURE AND APPLIANCES | 1,205.00 | 0.00 | DA | 0.00 | FA |
| 5 | COMPUTER, DESK/OFFICE FURNITURE | 20.00 | 0.00 | DA | 0.00 | FA |
| 6 | 2 CELL PHONES | 50.00 | 0.00 | DA | 0.00 | FA |
| 7 | MECHANICS TOOLS | 150.00 | 0.00 | DA | 0.00 | FA |
| 8 | LAWN MOWER | 25.00 | 0.00 | DA | 0.00 | FA |
| 9 | YARD TOOLS/EQUIPMENT | 15.00 | 0.00 | DA | 0.00 | FA |
| 10 | PAINTINGS/ART | 40.00 | 0.00 | DA | 0.00 | FA |
| 11 | ASSORTED BOOKS | 25.00 | 0.00 | DA | 0.00 | FA |
| 12 | MODEL CARS | 20.00 | 0.00 | DA | 0.00 | FA |
| 13 | ASSORTED CLOTHING | 150.00 | 0.00 | DA | 0.00 | FA |
| 14 | WEDDING RINGS | 150.00 | 0.00 | DA | 0.00 | FA |
| 15 | COSTUME JEWELRY | 40.00 | 0.00 | DA | 0.00 | FA |
| 16 | PHOTOGRAPHY EQUIPMENT | 10.00 | 0.00 | DA | 0.00 | FA |
| 17 | GUNS AND FIREARMS (MUZZLE LOADER) | 100.00 | 0.00 | DA | 0.00 | FA |
| 18 | ART SUPPLIES | 5.00 | 0.00 | DA | 0.00 | FA |
| 19 | TERM LIFE INSURANCE PRINCIPAL FINANCIAL GROUP LI | 0.00 | 0.00 | DA | 0.00 | FA |
| 20 | PENSION RETIREMENT PLAN THROUGH EMPLOYER INTERNA | 5,956.46 | 0.00 | DA | 0.00 | FA |
| 21 | PENSION PLAN THROUGH BLOCKBUSTERS VIACOM, INC | 639.36 | 0.00 | DA | 0.00 | FA |
| 22 | 2008 ANTICIPATED INCOME TAX REFUND BASED ON 2007 | 4,927.00 | 0.00 | DA | 0.00 | FA |
| 23 | 2000 FORD F250 MILEAGE=43,400 PAID IN FULL | 4,350.00 | 0.00 | DA | 0.00 | FA |
| 24 | 2006 FORD FOCUS MILEAGE=24,000 PAID IN FULL p/o 03/06/09. This asset also includes asset #26 | 6,960.00 | 2,028.83 | | 2,300.00 | FA |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 08-69648-MBM  **Trustee:** (420180) K. Jin Lim, Trustee
**Case Name:** CROOKS, THOMAS RICHARD JR.  **Filed (f) or Converted (c):** 12/03/08 (f)
CROOKS, ANN MARIE  **§341(a) Meeting Date:** 01/15/09
**Period Ending:** 03/31/10  **Claims Bar Date:** 01/11/10

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) | | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Ref. # | | | | | | |
| 25 | 2004 SURVEYOR TRAILER COACH PAID IN FULL | 7,200.00 | 0.00 | DA | 0.00 | FA |
| 26 | 1966 FORD MUSTANG MILEAGE=41,000 PAID IN FULL  included with asset #24 p/o 03/06/09 | 7,000.00 | 0.00 | DA | 0.00 | FA |
| 27 | 2005 QUALITY TRAILER | 80.00 | 0.00 | DA | 0.00 | FA |
| 28 | 1 DOG | 50.00 | 0.00 | DA | 0.00 | FA |
| 29 | STORAGE SHED (BIKES) | 50.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 0.68 | FA |
| 30 | **Assets Totals** (Excluding unknown values) | **$41,415.97** | **$2,028.83** | | **$2,300.68** | **$0.00** |

**Major Activities Affecting Case Closing:**

Claims have been reviewed. Case is ready to be closed.

**Initial Projected Date Of Final Report (TFR):**    December 30, 2010        **Current Projected Date Of Final Report (TFR):**    March 31, 2010  (Actual)


_____    /s/ K. Jin Lim, Trustee
March 31, 2010    _____
Date    K. Jin Lim, Trustee

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 08-69648-MBM  
**Case Name:** CROOKS, THOMAS RICHARD JR.  
CROOKS, ANN MARIE  
**Taxpayer ID #:** \*\*-\*\*\*1982  
**Period Ending:** 03/31/10

**Trustee:** K. Jin Lim, Trustee (420180)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** \*\*\*-\*\*\*\*\*53-65 - Money Market Account  
**Blanket Bond:** $2,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 03/16/09 | {24} | Thomas Crooks | Acct #1; Payment #1; Settlement payment p/o 03/06/09 | 1129-000 | 500.00 | | 500.00 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.01 | | 500.01 |
| 04/08/09 | {24} | Thomas R. Crooks | Acct #1; Payment #2; Settlement payment p/o 03/06/09 | 1129-000 | 150.00 | | 650.01 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.02 | | 650.03 |
| 05/12/09 | {24} | Thomas Crooks | Acct #1; Payment #3; Settlement payment p/o 03/06/09 | 1129-000 | 150.00 | | 800.03 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.02 | | 800.05 |
| 06/16/09 | {24} | Thomas Crooks | Acct #1; Payment #4; Settlement payment p/o 03/06/09 | 1129-000 | 150.00 | | 950.05 |
| 06/29/09 | {24} | Ann Crooks | Acct #1; Payment #5; payment for Focus p/o 03/06/09 | 1129-000 | 150.00 | | 1,100.05 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.03 | | 1,100.08 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.04 | | 1,100.12 |
| 08/17/09 | {24} | Ann Crooks | Acct #1; Payment #6; Payment for vehicle p/o 03/06/09 | 1129-000 | 150.00 | | 1,250.12 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.04 | | 1,250.16 |
| 09/15/09 | {24} | Ann Crooks | Acct #1; Payment #7; Payment for vehicle p/o 03/06/09 | 1129-000 | 150.00 | | 1,400.16 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.05 | | 1,400.21 |
| 10/19/09 | {24} | Thomas Crooks | Acct #1; Payment #8; Settlement payment p/o 03/06/09 | 1129-000 | 150.00 | | 1,550.21 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.05 | | 1,550.26 |
| 11/30/09 | {24} | Thomas Crooks | Acct #1; Payment #9; Payment for Focus p/o 03/06/09 | 1129-000 | 150.00 | | 1,700.26 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.06 | | 1,700.32 |
| 12/17/09 | {24} | Thomas Crooks | Acct #1; Payment #10; Payment for Focus p/o 03/06/09 | 1129-000 | 150.00 | | 1,850.32 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.07 | | 1,850.39 |
| 01/12/10 | {24} | Thomas Crooks | Acct #1; Payment #11; Payment for Focus p/o 03/06/09 | 1129-000 | 150.00 | | 2,000.39 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.07 | | 2,000.46 |
| 02/02/10 | | Wire out to BNYM account 9200\*\*\*\*\*\*5365 | Wire out to BNYM account 9200\*\*\*\*\*\*5365 | 9999-000 | -2,000.46 | | 0.00 |

Subtotals : $0.00 $0.00

# Form 2
## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 08-69648-MBM | **Trustee:** K. Jin Lim, Trustee (420180) |
| **Case Name:** CROOKS, THOMAS RICHARD JR. | **Bank Name:** JPMORGAN CHASE BANK, N.A. |
| CROOKS, ANN MARIE | **Account:** ***-*****53-65 - Money Market Account |
| **Taxpayer ID #:** **-***1982 | **Blanket Bond:** $2,000,000.00 (per case limit) |
| **Period Ending:** 03/31/10 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | -2,000.46 | 0.00 | |
| | | | **Subtotal** | | **2,000.46** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$2,000.46** | **$0.00** | |

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 08-69648-MBM  
**Case Name:** CROOKS, THOMAS RICHARD JR.  
CROOKS, ANN MARIE  
**Taxpayer ID #:** **-***1982  
**Period Ending:** 03/31/10

**Trustee:** K. Jin Lim, Trustee (420180)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******53-65 - Money Market Account  
**Blanket Bond:** $2,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/02/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********5365 | Wire in from JPMorgan Chase Bank, N.A. account ********5365 | 9999-000 | 2,000.46 | | 2,000.46 |
| 02/19/10 | {24} | Thomas Crooks | Acct #1; Payment #12; Settlement payment p/o 03/06/09 | 1129-000 | 150.00 | | 2,150.46 |
| 02/26/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.10 | | 2,150.56 |
| 03/29/10 | {24} | Thomas Crooks | Acct #1; Payment #13; Settlement payment p/o 03/06/09 | 1129-000 | 150.00 | | 2,300.56 |
| 03/31/10 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0700% | 1270-000 | 0.12 | | 2,300.68 |
| 03/31/10 | | To Account #9200******5366 | TRANSFER FROM MONEY MARKET TO CHECKING | 9999-000 | | 2,300.68 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 2,300.68 | 2,300.68 | $0.00 |
| | | | Less: Bank Transfers | | 2,000.46 | 2,300.68 | |
| | | | **Subtotal** | | 300.22 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$300.22** | **$0.00** | |

{} Asset reference(s)

Exhibit B

# Form 2
## Cash Receipts And Disbursements Record

Page: 4

**Case Number:** 08-69648-MBM
**Case Name:** CROOKS, THOMAS RICHARD JR.
CROOKS, ANN MARIE
**Taxpayer ID #:** **-***1982
**Period Ending:** 03/31/10

**Trustee:** K. Jin Lim, Trustee (420180)
**Bank Name:** The Bank of New York Mellon
**Account:** 9200-******53-66 - Checking Account
**Blanket Bond:** $2,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 03/31/10 | | From Account #9200******5365 | TRANSFER FROM MONEY MARKET TO CHECKING | 9999-000 | 2,300.68 | | 2,300.68 |
| | | | **ACCOUNT TOTALS** | | 2,300.68 | 0.00 | **$2,300.68** |
| | | | Less: Bank Transfers | | 2,300.68 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

Net Receipts : 2,300.68
Net Estate : $2,300.68

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # ***-*****53-65** | 2,000.46 | 0.00 | 0.00 |
| **MMA # 9200-******53-65** | 300.22 | 0.00 | 0.00 |
| **Checking # 9200-******53-66** | 0.00 | 0.00 | 2,300.68 |
| | **$2,300.68** | **$0.00** | **$2,300.68** |

{} Asset reference(s)

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** January 11, 2010

**Case Number:** 08-69648-MBM  
**Debtor Name:** CROOKS, THOMAS RICHARD JR.

Page: 1

**Date:** March 31, 2010  
**Time:** 10:17:02 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 200 | K. Jin Lim, Trustee<br>176 S. Harvey Street<br>Plymouth, MI 48170 | Admin Ch. 7 | | $575.17 | $0.00 | 575.17 |
| 200 | K. Jin Lim, Trustee<br>176 S. Harvey Street<br>Plymouth, MI 48170 | Admin Ch. 7 | | $30.00 | $0.00 | 30.00 |
| 200 | K. Jin Lim, PLLC<br>176 S. Harvey Street<br>Plymouth, MI 48170 | Admin Ch. 7 | | $592.00 | $0.00 | 592.00 |
| 1<br>610 | Recovery Management Systems Corporation<br>For Capital Recovery II LLC, As Assignee<br>25 SE 2nd Avenue Ste 1120<br>Miami, FL 33131 | Unsecured | MERVYN<br>History: Details1-110/15/2009Claim #1 filed by Recovery Management Systems Corporation, total amount claimed: $970 (Singh, Ramesh ) | $970.00 | $0.00 | 970.00 |
| 2<br>610 | Recovery Management Systems Corporation<br>For Capital Recovery II LLC, As Assignee<br>25 SE 2nd Avenue Ste 1120<br>Miami, FL 33131 | Unsecured | JCPENNY<br>History: Details2-110/15/2009Claim #2 filed by Recovery Management Systems Corporation, total amount claimed: $280.63 (Singh, Ramesh ) | $280.63 | $0.00 | 280.63 |
| 3<br>610 | ASSET ACCEPTANCE LLC<br>P.O. BOX 2036<br>WARREN, MI 48090 | Unsecured | History: Details3-110/15/2009Claim #3 filed by ASSET ACCEPTANCE LLC, total amount claimed: $3583.33 (Elliott, Christina ) | $3,583.33 | $0.00 | 3,583.33 |
| 4<br>610 | AMERICAN INFOSOURCE LP AS AGENT FOR<br>CACH LLC<br>PO Box 248838<br>Oklahoma City, OK 73124-8838 | Unsecured | History: Details4-112/18/2009Claim #4 filed by AMERICAN INFOSOURCE LP AS AGENT FOR, total amount claimed: $800.54 (Hogan, Blake ) | $800.54 | $0.00 | 800.54 |
| << Totals >> | | | | 6,831.67 | 0.00 | 6,831.67 |

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 08-69648-MBM
Case Name: CROOKS, THOMAS RICHARD JR.
Trustee Name: K. Jin Lim, Trustee

Claims of secured creditors will be paid as follows:

*Claimant* *Proposed Payment*

N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| *Trustee* | K. Jin Lim, Trustee | $ 575.17 | $ 30.00 |
| *Attorney for trustee* | K. Jin Lim, PLLC | $ 592.00 | $ |
| *Appraiser* | | $ | $ |
| *Auctioneer* | | $ | $ |
| *Accountant* | | $ | $ |
| *Special Attorney for trustee* | | $ | $ |
| *Charges,* | U.S. Bankruptcy Court | $ | $ |
| *Fees,* | United States Trustee | $ | $ |
| *Other* | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

*Reason/Applicant* *Fees* *Expenses*

**UST Form 101-7-TFR (9/1/2009)**

| | | |
|---|---|---|
| *Attorney for debtor* | _____ $_____ | $_____ |
| *Attorney for* | _____ $_____ | $_____ |
| *Accountant for* | _____ $_____ | $_____ |
| *Appraiser for* | _____ $_____ | $_____ |
| *Other* | _____ $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| | N/A | | |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 5,634.50 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 19.6 percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 1 | Recovery Management Systems Corporation | $ 970.00 | $ 189.98 |
| 2 | Recovery Management Systems Corporation | $ 280.63 | $ 54.96 |
| 3 | ASSET ACCEPTANCE LLC | $ 3,583.33 | $ 701.79 |
| 4 | AMERICAN INFOSOURCE LP AS AGENT FOR | $ 800.54 | $ 156.78 |

**UST Form 101-7-TFR (9/1/2009)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

*Claim Number     Claimant                                            Allowed Amt. of Claim     Proposed Payment*

N/A

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

*Claim Number     Claimant                                            Allowed Amt. of Claim     Proposed Payment*

N/A

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

**UST Form 101-7-TFR (9/1/2009)**