UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

IN RE: )
CROOKS, THOMAS RICHARD JR. ) CASE NO. 08-69648
CROOKS, ANN MARIE )
)
) JUDGE Marci B. McIvor
)

## TRUSTEE'S APPLICATION FOR COMPENSATION
## AND REIMBURSEMENT OF EXPENSES

The Trustee of the above referenced case applies for an order pursuant to 11 U.S.C. §330(a) and §503(b), allowing for compensation and expense as itemized below.

The amount upon which the trustee's compensation has been computed is $2,300.68. This does not include any exempt amounts paid to the debtor(s) and/or any refunds to be made to the debtor(s).

**Compensation is computed as follows:**

| | | | |
|---|---|---|---|
| 25% of First $5,000 | ($1,250 Maximum) | $ | 575.17 |
| 10% of Next $45,000 | ($4,500 Maximum) | $ | 0.00 |
| 5% of Next $950,000 | ($47,500 Maximum) | $ | 0.00 |
| 3% of Balance | | $ | 0.00 |
| | Total Compensation Requested | $ | 575.17 |

**Trustee Expenses:**

| Nature | Amount |
|---|---|
| PhotoCopy | $ 0.00 |
| Postage | $ 0.00 |
| Supplies | $ 30.00 |
| Total Expenses Requested | $ 30.00 |

The compensation sought by this application is for actual and necessary services rendered. In the course of the performance of his/her duties, the Trustee has advanced monies from personal funds for actual and necessary expenses incurred, and has not been reimbursed.

There is no agreement or understanding between the Trustee and any other person for the division of compensation sought by this application, except as permitted by 11 U.S. C. § 330.

WHEREFORE, the Trustee requests that this application be approved by this Court, and that the fees and expenses be allowed.

Dated: March 31, 2010          /s/ K. Jin Lim, Trustee
                                K. Jin Lim, Trustee, P43151
                                176 S. Harvey St.
                                Plymouth, MI 48170
                                kjinlim@comcast.net
                                (734) 416-9420