# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN

In re: CROOKS, THOMAS RICHARD JR. § Case No. 08-69648-MBM
     CROOKS, ANN MARIE §
§
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that K. Jin Lim, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

    211 W. Fort St.
    Detroit, MI  48226

    Any person wishing to object to any fee application that has not already been approved, or to the Final Report, must file a written objection within 21 days after the date of service of this notice pursuant to Fed. R. Bankr. P. 9006(a), upon the trustee, any party whose application is being challenged and to the United States Trustee.  If a response or answer is timely filed and served, the clerk will schedule a hearing and the objecting party will be served with a notice of the date, time and location of the hearing.  If no objections are filed, the Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.


    / /                   By:  /s/K. Jin Lim, Trustee
                                                  Trustee

K. Jin Lim, Trustee
176 S. Harvey Street
Plymouth, MI  48170
(734) 416-9420
kjinlim@comcast.net


**UST Form 101-7-NFR (9/1/2009)**

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN

In re: CROOKS, THOMAS RICHARD JR. § Case No. 08-69648-MBM
      CROOKS, ANN MARIE §
                                                                                   §
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---:|
| *The Final Report shows receipts of* | $ 2,300.68 |
| *and approved disbursements of* | $ 0.00 |
| *leaving a balance on hand of* [1] | $ 2,300.68 |

Claims of secured creditors will be paid as follows:

*Claimant*                                                                                                     *Proposed Payment*
                                                     N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| | *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---:|---:|
| *Trustee* | K. Jin Lim, Trustee | $ 575.17 | $ 30.00 |
| *Attorney for trustee* | K. Jin Lim, PLLC | $ 592.00 | $ |
| *Appraiser* | | $ | $ |
| *Auctioneer* | | $ | $ |
| *Accountant* | | $ | $ |
| *Special Attorney for trustee* | | $ | $ |
| *Charges,* | U.S. Bankruptcy Court | $ | $ |
| *Fees,* | United States Trustee | $ | $ |
| *Other* | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

      *Reason/Applicant*                                *Fees*                      *Expenses*

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (9/1/2009)**

| | | |
|---|---|---|
| *Attorney for debtor* | $_____ | $_____ |
| *Attorney for* _____ | $_____ | $_____ |
| *Accountant for* _____ | $_____ | $_____ |
| *Appraiser for* _____ | $_____ | $_____ |
| *Other* _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| | N/A | | |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 5,634.50 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 19.6 percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 1 | Recovery Management Systems Corporation | $ 970.00 | $ 189.98 |
| 2 | Recovery Management Systems Corporation | $ 280.63 | $ 54.96 |
| 3 | ASSET ACCEPTANCE LLC | $ 3,583.33 | $ 701.79 |
| 4 | AMERICAN INFOSOURCE LP AS AGENT FOR | $ 800.54 | $ 156.78 |

**UST Form 101-7-NFR (9/1/2009)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

*Claim Number     Claimant                              Allowed Amt. of Claim     Proposed Payment*
N/A

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

*Claim Number     Claimant                              Allowed Amt. of Claim     Proposed Payment*
N/A

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

Prepared By: /s/K. Jin Lim, Trustee
                           Trustee

K. Jin Lim, Trustee
176 S. Harvey Street
Plymouth, MI  48170
(734) 416-9420
kjinlim@comcast.net

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (9/1/2009)**

# CERTIFICATE OF NOTICE

```
District/off: 0645-2           User: cmars                  Page 1 of 2                   Date Rcvd: Apr 22, 2010
Case: 08-69648                 Form ID: pdf02               Total Noticed: 55
```

The following entities were noticed by first class mail on Apr 24, 2010.
```
db/jdb         Thomas Richard Crooks, Jr.,   Ann Marie Crooks,   13750 Brainbridge Avenue,
               Warren, MI  48089-3621
16875411     +37TH DISTRICT COURT (NOTICE),    8300 COMMON ROAD,    WARREN, MI 48093-2380
16875412     +41A DISTRICT COURT (NOTICE),    40111 DODGE PARK RD,    STERLING HEIGHTS, MI 48313-4179
16875413     +ALLIED INTERSTATE  NOTICE,    3000 CORPORATE EXCHANGE DRIVE,    5TH FLOOR,
               COLUMBUS, OH 43231-7723
16875415     +ASSOCIATED CREDITORS EXCHANGE (NOTICE),    5151 N. HARLEM AVE. SUITE 201,    CHICAGO, IL 60656-3686
16875416     +BEAUMONT REFERENCE LAB,    PO BOX 5043,    TROY, MI 48007-5043
16875417     +BENEFICIAL/HFC,    26489 HOOVER ROAD,    WARREN, MI 48089-1102
16875418      BENEFICIAL/HFC (NOTICE),    PO BOX 1547,    CHESAPEAKE, VA 23327-1547
16875419      C.T.I. (NOTICE),    PO BOX 4783,    CHICAGO, IL 60680-4783
16875420     +CACH LLC,    4340 S. MONACO STREET,    UNIT 2,    DENVER, CO 80237-3408
16875421      CAPITAL ONE,    PO BOX 30281,    SALT LAKE CITY, UT 84130-0281
16875423     +CHASE RECEIVABLES (NOTICE),    1247 BROADWAY,    SONOMA, CA 95476-7503
16875424      CHASE/BP,    BANK USA, NA,    800 BROOKSEDGE BLVD,    WESTERVILLE, OH 43081-2822
16875425     +CLIENT SERVICES INC. (NOTICE),    3451 HARRY S. TRUMAN BLVD,    SAINT CHARLES, MO 63301-9816
16875426    ++COMCAST,   27800 FRANKLIN RD,    SOUTHFIELD MI 48034-2363
               (address filed with court: COMCAST CABLE,     30736 HOOVER ROAD,    WARREN, MI 48093)
16875427     +CURT KARGULA,    64155 VAN DYKE,    WASHINGTON, MI 48095-2580
16875428     +DR. BUGLI'S FAMILY DENTAL CARE,    5556 METRO PARKWAY,    STERLING HEIGHTS, MI 48310-4110
16875430     +ENCORE RECEIVABLE MANAGEMENT (NOTICE),    400 W. ROGERS ROAD,    P.O BOX 3330,
               OLATHE, KS 66063-3330
16875431      FASHION BUG,    P.O. BOX 84073,    COLUMBUS, GA 31908-4073
16875433     +GEMB/FUNANCING (NOTICE),    P.O. BOX 981438,    EL PASO, TX 79998-1438
16875435      GEMB/LOWES,    PO BOX 103065,    ROSWELL, GA 30076
16875436     +GLOBAL CREDIT & COLLECTION,    300 INTERNATIONAL DRIVE SUITE 100,    P.M.B. 10015,
               WILIAMSVILLE, NY 14221-5783
16875438     +HSBC CONSUMER LENDING USA,    C/O ASSET ACCEPTANCE LLC,    P.O. BOX 2036,    WARREN, MI 48090-2036
16875439     +JA CAMBECE LAW OFFICE PC (NOTICE),    EIGHT BOURBON ST,    PEABODY, MA 01960-7481
16898545      JPMORGAN CHASE BANK, N.A,    c/o Shermeta, Adams & Von Allmen, PC,    P.O. Box 5016,
               Rochester Hills, MI 48308-5016
16875440      L J ROSS & ASSOCIATES, INC,    PO BOX 2317,    ANN ARBOR, MI 48106-2317
16875441     +LAW OFFICES OF DONALD R. CONRAD (NOTICE),    31041 SCHOOLCRAFT ROAD,    SUITE B,
               LIVONIA, MI 48150-2026
16875443      MIDLAND CREDIT MANAGEMENT, INC.(NOTICE),    DEPARTMENT 8870,    LOS ANGELES, CA 90084-8870
16875444     +MRS ASSOCIATES INC. OF NEW JERSEY,    3 EXECUTIVE CAMPUS,    SUITE 400,
               CHERRY HILL, NJ 08002-4103
16875445     +NATIONAL ACTION FINANCIAL SERVICES, INC.,    NOTICE),    165 LAWRENCE BELL DRIVE,    SUITE 100,
               WILLIAMSVILLE, NY 14221-7900
16875446     +NATIONWIDE CREDIT INC (NOTICE),    2015 VAUGHN RD NW,    BLDG 400,    KENNESAW, GA 30144-7802
16875447     +NCB MANAGEMENT SERVICES, INC. (NOTICE),    P.O. BOX 1099,    LANGHORNE, PA 19047-6099
16875448      NCO FINANCIAL SYSTEMS INC. (NOTICE),    2665 ELIZABETH LAKE ROAD,    WATERFORD, MI 48328-3277
16875449     +NORTHLAND GROUP INC. (NOTICE),    P.O. BOX 390905,    MINNEAPOLIS, MN 55439-0905
16875450     +NUTRI-TURF LAWN AND TREE SERVICE,    28505 LORNA AVE.,    WARREN, MI 48092-2769
16875451     +PINNACLE FINANCIAL GROUP (NOTICE),    7825 WASHINGTON AVE S STE 310,    MINNEAPOLIS, MN 55439-2424
16875452     +RED RUN STORAGE,    32100 DEQUINDRE RD,    WARREN, MI 48092-5308
16875453     +SHERMETA, ADAMS & VON ALLMEN, PC(NOTICE),    445 SOUTH LIVERNOIS ROAD, SUITE 333,    PO BOX 5016,
               ROCHESTER HILLS, MI 48308-5016
16875454     +TARA P SHAH MD,    38300 VAN DYKE 102,    STERLING HEIGHTS, MI 48312-1176
16875455      TARGET NATIONAL BANK,    PO BOX 59317,    MINNEAPOLIS, MN 55459-0317
16875456     +TATE & KIRLIN ASSOCIATES (NOTICE),    2810 SOUTHAMPTON ROAD,    PHILADELPHIA, PA 19154-1207
16875457     +TRI-COUNTY MEDICAL,    37450 DEQUINDRE RD,    STERLING HEIGHTS, MI 48310-3503
16875458     +UNITED RECOVERY SYSTEMS (NOTICE),    5800 NORTH COURSE DR,    HOUSTON, TX 77072-1613
16875459      UNIVERSAL FIDELITY LP (NOTICE),    PO BOX 941911,    HOUSTON, TX 77094-8911
16875460     +WELTMAN, WEINBERG, & REIS,CO LPA(NOTICE),    2155 BUTTERFIELD,    SUITE 200-S,
               TROY, MI 48084-3463
```

The following entities were noticed by electronic transmission on Apr 22, 2010.
```
18282839      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 22 2010 23:35:32
               AMERICAN INFOSOURCE LP AS AGENT FOR,    CACH LLC,    PO Box 248838,
               Oklahoma City, OK  73124-8838
16875414      E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM                            ASSET ACCEPTANCE LLC,
               P.O. BOX 2036,    WARREN, MI 48090-2036
16875422     +Fax: 602-221-4614 Apr 22 2010 21:49:49      CHASE AUTO FINANCE,    11119 N. TOREY PINES ROAD,
               LA JOLLA, CA 92037-1009
16875429     +E-mail/Text: brupt1@dteenergy.com                            DTE ENERGY,    3200 HOBSON ST,
               LOWER LEVEL,    DETROIT, MI 48201-2927
16875432     +E-mail/PDF: gecsedi@recoverycorp.com Apr 22 2010 23:40:42      GE MONEY BANK (NOTICE),
               ATTN: BANKRUPTCY DEPT.,    PO BOX 103104,    ROSWELL, GA 30076-9104
16875434      E-mail/PDF: gecsedi@recoverycorp.com Apr 22 2010 23:40:43      GEMB/JCPENNY (NOTICE),
               BANKRUPTCY DEPARTMENT,    PO BOX981131,    EL PASO, TX 79998-1131
16875437      E-mail/PDF: gecsedi@recoverycorp.com Apr 22 2010 23:40:43      GREEN TREE SERVICING,
               332 MINNESOTA ST. STE 610,    SAINT PAUL, MN 55101-7707
16875442     +E-mail/Text: resurgentbknotifications@resurgent.com                            LVNV FUNDING LLC,
               P.O. BOX 10497,    GREENVILLE, SC 29603-0497
18053805     +E-mail/PDF: rmscedi@recoverycorp.com Apr 22 2010 23:40:54
               Recovery Management Systems Corporation,    For Capital Recovery II LLC,
               As Assignee of GE Capital - JC Penney Co,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
18053793     +E-mail/PDF: rmscedi@recoverycorp.com Apr 22 2010 23:40:54
               Recovery Management Systems Corporation,    For Capital Recovery II LLC,
               As Assignee of GE Capital - MERVYN'S,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
                                                                                               TOTAL: 10
```

```
          ***** BYPASSED RECIPIENTS (continued) *****

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 24, 2010**                    **Signature:**    _Joseph Speetjens_