## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## <u>SOUTHERN DIVISION</u>

In the Matter of:                                                    In Bankruptcy

**CROOKS, THOMAS RICHARD JR.**
**CROOKS, ANN MARIE**

Case No. 08-69648 MBM
Chapter 7
Hon. Marci B. McIvor

_____Debtor(s)_____/

### <u>ORDER APPROVING FINAL COMPENSATION FOR THE TRUSTEE</u>

K. Jin Lim, Trustee, having filed Trustee's Final Report, Trustee's Application for Final

Compensation and Reimbursement of Expenses and Report of Receipts and Disbursements, and the

Notice of Trustee's Final Report and Application for Compensation and Deadline to Object having been

given to all creditors and other parties-in-interest, and there being no objections,

IT IS ORDERED that fees in the amount of $575.17 and expenses in the amount of $30.00 are

awarded to K. Jin Lim, Trustee.

.

Signed on May 24, 2010

_____/s/ Marci B. McIvor_____
Marci B. McIvor
United States Bankruptcy Judge