**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

In the Matter of:                                                                 In Bankruptcy

**CROOKS, THOMAS RICHARD JR.**
**CROOKS, ANN MARIE**

                                                                                 Case No. 08-69648 MBM
                                                                                 Chapter 7
                      Debtor(s)                             Hon. Marci B. McIvor
_____/

**ORDER APPROVING FINAL FEES AND EXPENSES**
**FOR ATTORNEYS FOR THE TRUSTEE**

     Law Offices of K. Jin Lim, attorneys for K. Jin Lim, Trustee, having filed their final application for fees, and K. Jin Lim, Trustee, having filed Trustee's Final Report, Trustee's Application for Final Compensation and Reimbursement of Expenses and Report of Receipts and Disbursements, and the Notice of Trustee's Final Report and Application for Compensation and Deadline to Object having been given to all creditors and other parties-in-interest, and there being no objections,

     IT IS ORDERED that fees in the amount of $592.00 and expenses in the amount of $0.00 are awarded to Law Offices of K. Jin Lim, attorneys for the Trustee.

**Signed on May 24, 2010**

                                                                  **/s/ Marci B. McIvor**
                                                           **Marci B. McIvor**
                                                           **United States Bankruptcy Judge**