**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**

In the Matter of:
CROOKS, THOMAS RICHARD JR.    Case No. 08-69648
CROOKS, ANN MARIE             Chapter 7
                              Honorable Marci B. McIvor

_____Debtor(s)_____ /

CERTIFICATE OF DISTRIBUTION

Now comes K. Jin Lim, Trustee, trustee of the above-named estate, and hereby states the following:

1. That the trustee has fully administered this estate by either liquidating or abandoning all property of the estate.

2. That the trustee has collected $2,300.68, and disbursed $0.00, leaving a balance on hand of $2,300.68, which funds are lodged in an account in The Bank of New York Mellon;

3. That, of the funds on hand, the following distribution should be made:

Chapter 7 Admin. Expenses

|  |  | Amount Allowed | % Paid | Amount to be Paid |
|---|---|---|---|---|
| K. Jin Lim, Trustee | Trustee Compensation p/o 05/24/10 | 575.17 | 100.00 | 575.17 |
| K. Jin Lim, Trustee | Trustee Expenses p/o 05/24/10 | 30.00 | 100.00 | 30.00 |
| K. Jin Lim, PLLC | Attorney for Trustee Fees p/o 05/24/10 | 592.00 | 100.00 | 592.00 |
|  | Subtotals: | $ 1,197.17 |  | $ 1,197.17 |

Unsecured Claims - Timely

| Claim # | Name | Amount Allowed | % Paid | Amount to be Paid |
|---|---|---|---|---|
| 1 | Recovery Management Systems Corporation | 970.00 | 19.58 | 189.98 |
| 2 | Recovery Management Systems Corporation | 280.63 | 19.58 | 54.96 |
| 3 | ASSET ACCEPTANCE LLC | 3,583.33 | 19.58 | 701.79 |
| 4 | AMERICAN INFOSOURCE LP AS AGENT FOR | 800.54 | 19.58 | 156.78 |
|  | Subtotals: | $ 5,634.50 |  | $ 1,103.51 |
|  | Unsecured Subtotals: | $ 5,634.50 |  | $ 1,103.51 |

Total Paid: $     2,300.68

The undersigned trustee certifies under penalty of perjury that the foregoing is true and correct to the best of her knowledge.

Date: May 25, 2010

/s/ K. Jin Lim
K. Jin Lim, Trustee, Trustee
176 S. Harvey Street
Plymouth, MI 48170
(734) 416-9420