## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN

In re: CROOKS, THOMAS RICHARD JR. § Case No. 08-69648-MBM
      CROOKS, ANN MARIE §
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

    K. Jin Lim, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $34,455.97 | Assets Exempt: $32,900.81 |
| Total Distribution to Claimants: $1,103.51 | Claims Discharged Without Payment: $39,611.95 |
| Total Expenses of Administration: $1,197.17 | |

    3) Total gross receipts of $ 2,300.68 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $2,300.68 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (9/1/2009)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 1,197.17 | 1,197.17 | 1,197.17 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 41,196.96 | 5,634.50 | 5,634.50 | 1,103.51 |
| **TOTAL DISBURSEMENTS** | $41,196.96 | $6,831.67 | $6,831.67 | $2,300.68 |

    4) This case was originally filed under Chapter 7 on December 03, 2008.
. The case was pending for 20 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/05/2010    By: /s/K. Jin Lim, Trustee
                                      Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| 2006 FORD FOCUS MILEAGE=24,000 PAID IN FULL | 1129-000 | 2,300.00 |
| Interest Income | 1270-000 | 0.68 |
| **TOTAL GROSS RECEIPTS** | | **$2,300.68** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | N/A | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | N/A | | | |
| **TOTAL SECURED CLAIMS** | | $0.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (9/1/2009)**

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| K. Jin Lim, Trustee | 2100-000 | N/A | 575.17 | 575.17 | 575.17 |
| K. Jin Lim, Trustee | 2200-000 | N/A | 30.00 | 30.00 | 30.00 |
| K. Jin Lim, PLLC | 3110-000 | N/A | 592.00 | 592.00 | 592.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 1,197.17 | 1,197.17 | 1,197.17 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | N/A | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | N/A | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | 0.00 | 0.00 | 0.00 | 0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Recovery Management Systems Corporation | 7100-000 | 1,011.00 | 970.00 | 970.00 | 189.98 |
| Recovery Management Systems Corporation | 7100-000 | 784.00 | 280.63 | 280.63 | 54.96 |

**UST Form 101-7-TDR (9/1/2009)**

| Creditor | Code | Amount Claimed | Amount Allowed | Amount Allowed | Paid |
|---|---|---|---|---|---|
| ASSET ACCEPTANCE LLC | 7100-000 | 3,521.00 | 3,583.33 | 3,583.33 | 701.79 |
| AMERICAN INFOSOURCE LP AS AGENT FOR | 7100-000 | 800.00 | 800.54 | 800.54 | 156.78 |
| HSBC CONSUMER LENDING USA C/O ASSET ACCEPTANCE LLC | 7100-000 | 8,755.84 | N/A | N/A | 0.00 |
| L J ROSS & ASSOCIATES, INC | 7100-000 | 115.00 | N/A | N/A | 0.00 |
| GREEN TREE SERVICING | 7100-000 | 1,901.00 | N/A | N/A | 0.00 |
| GLOBAL CREDIT & COLLECTION | 7100-000 | 760.99 | N/A | N/A | 0.00 |
| NUTRI-TURF LAWN AND TREE SERVICE | 7100-000 | 64.00 | N/A | N/A | 0.00 |
| LVNV FUNDING LLC | 7100-000 | 1,239.00 | N/A | N/A | 0.00 |
| TARGET NATIONAL BANK | 7100-000 | 822.51 | N/A | N/A | 0.00 |
| TRI-COUNTY MEDICAL | 7100-000 | 25.00 | N/A | N/A | 0.00 |
| TARA P SHAH MD | 7100-000 | 275.00 | N/A | N/A | 0.00 |
| MRS ASSOCIATES INC. OF NEW JERSEY | 7100-000 | 690.87 | N/A | N/A | 0.00 |
| FASHION BUG | 7100-000 | 478.90 | N/A | N/A | 0.00 |
| COMCAST CABLE | 7100-000 | 233.82 | N/A | N/A | 0.00 |
| DTE ENERGY | 7100-000 | 277.00 | N/A | N/A | 0.00 |
| BEAUMONT REFERENCE LAB | 7100-000 | 235.67 | N/A | N/A | 0.00 |
| BENEFICIAL/HFC | 7100-000 | 6,413.00 | N/A | N/A | 0.00 |
| CHASE AUTO FINANCE | 7100-000 | 9,830.11 | N/A | N/A | 0.00 |
| CHASE/BP BANK USA, NA | 7100-000 | 912.00 | N/A | N/A | 0.00 |
| CAPITAL ONE | 7100-000 | 859.00 | N/A | N/A | 0.00 |
| DR. BUGLI'S FAMILY DENTAL CARE | 7100-000 | 32.25 | N/A | N/A | 0.00 |
| CAPITAL ONE | 7100-000 | 1,160.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | 41,196.96 | 5,634.50 | 5,634.50 | 1,103.51 |

**UST Form 101-7-TDR (9/1/2009)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 08-69648-MBM  
**Case Name:** CROOKS, THOMAS RICHARD JR.  
CROOKS, ANN MARIE  
**Period Ending:** 08/04/10

**Trustee:** (420180) K. Jin Lim, Trustee  
**Filed (f) or Converted (c):** 12/03/08 (f)  
**§341(a) Meeting Date:** 01/15/09  
**Claims Bar Date:** 01/11/10

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) | | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Ref. # | | | | | | |
| 1 | CHECKING ACCOUNT CHASE BANK ACCT | 1,085.65 | 0.00 | DA | 0.00 | FA |
| 2 | CHECKING ACCOUNT CHASE BANK ACCT | 12.50 | 0.00 | DA | 0.00 | FA |
| 3 | SECURITY DEPOSIT WITH LANDLORD | 1,100.00 | 0.00 | DA | 0.00 | FA |
| 4 | HOUSEHOLD FURNITURE AND APPLIANCES | 1,205.00 | 0.00 | DA | 0.00 | FA |
| 5 | COMPUTER, DESK/OFFICE FURNITURE | 20.00 | 0.00 | DA | 0.00 | FA |
| 6 | 2 CELL PHONES | 50.00 | 0.00 | DA | 0.00 | FA |
| 7 | MECHANICS TOOLS | 150.00 | 0.00 | DA | 0.00 | FA |
| 8 | LAWN MOWER | 25.00 | 0.00 | DA | 0.00 | FA |
| 9 | YARD TOOLS/EQUIPMENT | 15.00 | 0.00 | DA | 0.00 | FA |
| 10 | PAINTINGS/ART | 40.00 | 0.00 | DA | 0.00 | FA |
| 11 | ASSORTED BOOKS | 25.00 | 0.00 | DA | 0.00 | FA |
| 12 | MODEL CARS | 20.00 | 0.00 | DA | 0.00 | FA |
| 13 | ASSORTED CLOTHING | 150.00 | 0.00 | DA | 0.00 | FA |
| 14 | WEDDING RINGS | 150.00 | 0.00 | DA | 0.00 | FA |
| 15 | COSTUME JEWELRY | 40.00 | 0.00 | DA | 0.00 | FA |
| 16 | PHOTOGRAPHY EQUIPMENT | 10.00 | 0.00 | DA | 0.00 | FA |
| 17 | GUNS AND FIREARMS (MUZZLE LOADER) | 100.00 | 0.00 | DA | 0.00 | FA |
| 18 | ART SUPPLIES | 5.00 | 0.00 | DA | 0.00 | FA |
| 19 | TERM LIFE INSURANCE PRINCIPAL FINANCIAL GROUP LI | 0.00 | 0.00 | DA | 0.00 | FA |
| 20 | PENSION RETIREMENT PLAN THROUGH EMPLOYER INTERNA | 5,956.46 | 0.00 | DA | 0.00 | FA |
| 21 | PENSION PLAN THROUGH BLOCKBUSTERS VIACOM, INC | 639.36 | 0.00 | DA | 0.00 | FA |
| 22 | 2008 ANTICIPATED INCOME TAX REFUND BASED ON 2007 | 4,927.00 | 0.00 | DA | 0.00 | FA |
| 23 | 2000 FORD F250 MILEAGE=43,400 PAID IN FULL | 4,350.00 | 0.00 | DA | 0.00 | FA |
| 24 | 2006 FORD FOCUS MILEAGE=24,000 PAID IN FULL p/o 03/06/09. This asset also includes asset #26 | 6,960.00 | 2,028.83 | | 2,300.00 | FA |

Exhibit 8
Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 08-69648-MBM  
**Case Name:** CROOKS, THOMAS RICHARD JR.  
CROOKS, ANN MARIE  
**Period Ending:** 08/04/10

**Trustee:** (420180) K. Jin Lim, Trustee  
**Filed (f) or Converted (c):** 12/03/08 (f)  
**§341(a) Meeting Date:** 01/15/09  
**Claims Bar Date:** 01/11/10

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Ref. #** | **Asset Description** (Scheduled And Unscheduled (u) Property) | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 25 | 2004 SURVEYOR TRAILER COACH PAID IN FULL | 7,200.00 | 0.00 | DA | 0.00 | FA |
| 26 | 1966 FORD MUSTANG MILEAGE=41,000 PAID IN FULL  included with asset #24 p/o 03/06/09 | 7,000.00 | 0.00 | DA | 0.00 | FA |
| 27 | 2005 QUALITY TRAILER | 80.00 | 0.00 | DA | 0.00 | FA |
| 28 | 1 DOG | 50.00 | 0.00 | DA | 0.00 | FA |
| 29 | STORAGE SHED (BIKES) | 50.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 0.68 | FA |
| 30 | **Assets Totals** (Excluding unknown values) | **$41,415.97** | **$2,028.83** | | **$2,300.68** | **$0.00** |

**Major Activities Affecting Case Closing:**

Claims have been reviewed. Case is ready to be closed.

**Initial Projected Date Of Final Report (TFR):** December 30, 2010  
**Current Projected Date Of Final Report (TFR):** March 31, 2010 (Actual)

_____  
August 4, 2010  
Date

/s/ K. Jin Lim, Trustee  
_____  
K. Jin Lim, Trustee

Exhibit 9

Page: 1

# Form 2

## Cash Receipts And Disbursements Record

| Case Number: | 08-69648-MBM | | Trustee: | K. Jin Lim, Trustee (420180) |
|---|---|---|---|---|
| Case Name: | CROOKS, THOMAS RICHARD JR. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | CROOKS, ANN MARIE | | Account: | \*\*\*-\*\*\*\*\*53-65 - Money Market Account |
| Taxpayer ID #: | \*\*-\*\*\*1982 | | Blanket Bond: | $2,000,000.00 (per case limit) |
| Period Ending: | 08/04/10 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/16/09 | {24} | Thomas Crooks | Acct #1; Payment #1; Settlement payment p/o 03/06/09 | 1129-000 | 500.00 | | 500.00 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.01 | | 500.01 |
| 04/08/09 | {24} | Thomas R. Crooks | Acct #1; Payment #2; Settlement payment p/o 03/06/09 | 1129-000 | 150.00 | | 650.01 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.02 | | 650.03 |
| 05/12/09 | {24} | Thomas Crooks | Acct #1; Payment #3; Settlement payment p/o 03/06/09 | 1129-000 | 150.00 | | 800.03 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.02 | | 800.05 |
| 06/16/09 | {24} | Thomas Crooks | Acct #1; Payment #4; Settlement payment p/o 03/06/09 | 1129-000 | 150.00 | | 950.05 |
| 06/29/09 | {24} | Ann Crooks | Acct #1; Payment #5; payment for Focus p/o 03/06/09 | 1129-000 | 150.00 | | 1,100.05 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.03 | | 1,100.08 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.04 | | 1,100.12 |
| 08/17/09 | {24} | Ann Crooks | Acct #1; Payment #6; Payment for vehicle p/o 03/06/09 | 1129-000 | 150.00 | | 1,250.12 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.04 | | 1,250.16 |
| 09/15/09 | {24} | Ann Crooks | Acct #1; Payment #7; Payment for vehicle p/o 03/06/09 | 1129-000 | 150.00 | | 1,400.16 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.05 | | 1,400.21 |
| 10/19/09 | {24} | Thomas Crooks | Acct #1; Payment #8; Settlement payment p/o 03/06/09 | 1129-000 | 150.00 | | 1,550.21 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.05 | | 1,550.26 |
| 11/30/09 | {24} | Thomas Crooks | Acct #1; Payment #9; Payment for Focus p/o 03/06/09 | 1129-000 | 150.00 | | 1,700.26 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.06 | | 1,700.32 |
| 12/17/09 | {24} | Thomas Crooks | Acct #1; Payment #10; Payment for Focus p/o 03/06/09 | 1129-000 | 150.00 | | 1,850.32 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.07 | | 1,850.39 |
| 01/12/10 | {24} | Thomas Crooks | Acct #1; Payment #11; Payment for Focus p/o 03/06/09 | 1129-000 | 150.00 | | 2,000.39 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.07 | | 2,000.46 |
| 02/02/10 | | Wire out to BNYM account 9200\*\*\*\*\*\*5365 | Wire out to BNYM account 9200\*\*\*\*\*\*5365 | 9999-000 | -2,000.46 | | 0.00 |

Subtotals :             $0.00            $0.00

Exhibit 9

Page: 2

# Form 2

## Cash Receipts And Disbursements Record

| | |  | | |
|---|---|---|---|---|
| **Case Number:** | 08-69648-MBM | **Trustee:** | K. Jin Lim, Trustee (420180) | |
| **Case Name:** | CROOKS, THOMAS RICHARD JR. | **Bank Name:** | JPMORGAN CHASE BANK, N.A. | |
| | CROOKS, ANN MARIE | **Account:** | ***-*****53-65 - Money Market Account | |
| **Taxpayer ID #:** | **-***1982 | **Blanket Bond:** | $2,000,000.00  (per case limit) | |
| **Period Ending:** | 08/04/10 | **Separate Bond:** | N/A | |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | -2,000.46 | 0.00 | |
| | | | **Subtotal** | | **2,000.46** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$2,000.46** | **$0.00** | |

Exhibit 9

Page: 3

# Form 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 08-69648-MBM | **Trustee:** K. Jin Lim, Trustee (420180) |
| **Case Name:** CROOKS, THOMAS RICHARD JR. | **Bank Name:** The Bank of New York Mellon |
| CROOKS, ANN MARIE | **Account:** 9200-******53-65 - Money Market Account |
| **Taxpayer ID #:** **-***1982 | **Blanket Bond:** $2,000,000.00 (per case limit) |
| **Period Ending:** 08/04/10 | **Separate Bond:** N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 02/02/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********5365 | Wire in from JPMorgan Chase Bank, N.A. account ********5365 | 9999-000 | 2,000.46 | | 2,000.46 |
| 02/19/10 | {24} | Thomas Crooks | Acct #1; Payment #12; Settlement payment p/o 03/06/09 | 1129-000 | 150.00 | | 2,150.46 |
| 02/26/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.10 | | 2,150.56 |
| 03/29/10 | {24} | Thomas Crooks | Acct #1; Payment #13; Settlement payment p/o 03/06/09 | 1129-000 | 150.00 | | 2,300.56 |
| 03/31/10 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0700% | 1270-000 | 0.12 | | 2,300.68 |
| 03/31/10 | | To Account #9200******5366 | TRANSFER FROM MONEY MARKET TO CHECKING | 9999-000 | | 2,300.68 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 2,300.68 | 2,300.68 | $0.00 |
| | | | Less: Bank Transfers | | 2,000.46 | 2,300.68 | |
| | | | **Subtotal** | | **300.22** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$300.22** | **$0.00** | |

{} Asset reference(s)

Exhibit 9

Page: 4

# Form 2
## Cash Receipts And Disbursements Record

| | |   | | |
|---|---|---|---|---|
| **Case Number:** | 08-69648-MBM | **Trustee:** | K. Jin Lim, Trustee (420180) | |
| **Case Name:** | CROOKS, THOMAS RICHARD JR. | **Bank Name:** | The Bank of New York Mellon | |
| | CROOKS, ANN MARIE | **Account:** | 9200-******53-66 - Checking Account | |
| **Taxpayer ID #:** | **-***1982 | **Blanket Bond:** | $2,000,000.00 (per case limit) | |
| **Period Ending:** | 08/04/10 | **Separate Bond:** | N/A | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 03/31/10 | | From Account #9200******5365 | TRANSFER FROM MONEY MARKET TO CHECKING | 9999-000 | 2,300.68 | | 2,300.68 |
| 05/25/10 | 101 | K. Jin Lim, Trustee | Dividend paid 100.00% on $575.17, Trustee Compensation; Reference: | 2100-000 | | 575.17 | 1,725.51 |
| 05/25/10 | 102 | K. Jin Lim, Trustee | Dividend paid 100.00% on $30.00, Trustee Expenses; Reference: | 2200-000 | | 30.00 | 1,695.51 |
| 05/25/10 | 103 | K. Jin Lim, PLLC | Dividend paid 100.00% on $592.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 592.00 | 1,103.51 |
| 05/25/10 | 104 | Recovery Management Systems Corporation | Dividend paid 19.58% on $970.00; Claim# 1; Filed: $970.00; Reference: | 7100-000 | | 189.98 | 913.53 |
| 05/25/10 | 105 | Recovery Management Systems Corporation | Dividend paid 19.58% on $280.63; Claim# 2; Filed: $280.63; Reference: | 7100-000 | | 54.96 | 858.57 |
| 05/25/10 | 106 | ASSET ACCEPTANCE LLC | Dividend paid 19.58% on $3,583.33; Claim# 3; Filed: $3,583.33; Reference: | 7100-000 | | 701.79 | 156.78 |
| 05/25/10 | 107 | AMERICAN INFOSOURCE LP AS AGENT FOR | Dividend paid 19.58% on $800.54; Claim# 4; Filed: $800.54; Reference: | 7100-000 | | 156.78 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 2,300.68 | 2,300.68 | $0.00 |
| Less: Bank Transfers | 2,300.68 | 0.00 | |
| **Subtotal** | 0.00 | 2,300.68 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | $0.00 | $2,300.68 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # ***-*****53-65** | 2,000.46 | 0.00 | 0.00 |
| **MMA # 9200-******53-65** | 300.22 | 0.00 | 0.00 |
| **Checking # 9200-******53-66** | 0.00 | 2,300.68 | 0.00 |
| | $2,300.68 | $2,300.68 | $0.00 |

{} Asset reference(s)